UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN SHAWLER, and
COURTNEY SHRIVER,

        Plaintiffs,                        Case No. 4:25-cv-11535

v.                                            Honorable Susan K. DeClercq
                                                United States District Judge

UNITED STATES OF AMERICA,

        Defendant.
_____/

**ORDER GRANTING GOVERNMENT'S MOTION TO STAY CASE (ECF No. 8) AND STAYING CASE**

In this case, Plaintiffs Benjamin Shawler and Courtney Shriver are suing Defendant United States of America ("the Government") "for a return of monies erroneously and illegally collected by the Internal Revenue Service" ECF No. 6 at PageID.42.

On October 1, 2025, before the Government answered or otherwise responded to Plaintiffs' amended complaint, the Government filed a motion to stay the case because the federal appropriations act expired on September 30, 2025, thereby creating a lapse in appropriations to the Department of Justice (DOJ). ECF No. 8. And during this lapse, DOJ attorneys are prohibited from working, even voluntarily, except for limited circumstances involving emergencies for "the safety of human life

of the protection or property." 31 U.S.C. § 1342. Thus, the Government seeks a stay. ECF No. 8 at PageID.78.

Given the lapse in appropriations preventing the Government's counsel from working, this Court will grant the Government's motion to stay the case until it receives notice that Congress has appropriated funds for the DOJ, or until further order of this Court.

Accordingly, it is **ORDERED** that the Government's Motion to Stay Case, ECF No. 8, is **GRANTED**.

Further, it is **ORDERED** that the above-captioned case is **STAYED** until this Court receives notice that Congress has appropriated funds for the Department of Justice, or until further order of this Court.

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 23, 2025